James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
GLOBAL LEGAL LAW FIRM
380 Stevens Avenue, Suite 311
Solana Beach, CA 92075
Telephone:  (888) 846-8901
Facsimile:  (888) 846-8902

Attorneys for Specially Appearing for Defendants
ECOMMERCE SAAS, LLC; JON LAKATOS and
TYLER NEUROTH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KHAAZRA MAARANU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ECOMMERCE SAAS, LLC, an Arizona limited liability company; OFI SAAS, LLC, an Arizona limited liability company; 488 CLUB, LLC, an Arizona limited liability company; JOHN LAKATOS, an individual; JOSEPH DALY, an individual, MICHAEL CARNAVELE, an individual, TYLER NEUROTH, an individual; and Does 1-100, inclusive,<br><br>Defendants, AND ;<br><br>ELECTRONIC COMMERCE, LLC, a Delaware limited liability company,<br><br>Nominal Defendant. | Case No. 8:21-cv-01407-DOC-JDE<br><br>**SPECIALLY APPEARING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(7); AND IN THE ALTERNATIVE 12(B)(6)**<br><br>**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**<br><br>Hearing Date: December 20, 2021<br>Time:  8:30 a.m.<br>Courtroom:  9D |

PLEASE TAKE NOTICE THAT specially appearing Defendants Ecommerce SAAS, LLC, ("ECS") OFI SAAS, LLC, 488 Club, LLC, Jon Lakatos ("Lakatos,) and Tyler Neuroth ("Neuroth,") (and collectively "Defendants") will move on December 20, 2021 at 8:30 a.m. in  Courtroom 9D, for an order to dismiss all causes of action in the complaint under rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(7), respectively.

1 | In the alternative, Defendants move under 12(b)(6) that the other causes of action are
2 | improperly pleaded, unintelligible, and must be dismissed.

3 |     **Local Rule 7.3 Compliance:** This motion is made following a conference of
4 | counsel pursuant to Local Rule 7.3, which took place on November 4, 2021.

5 |     This Motion is based on specially appearing Defendants submission of the
6 | following memorandum points and authorities in support of their Motion to Dismiss
7 | Plaintiff Khaazra MaaRanu's First Amended Complaint ("FAC").

9 | Dated: November 17, 2021      GLOBAL LEGAL LAW FIRM

11 |         By: /s/ James C. Huber
            James C. Huber
            Attorneys for Specially Appearing
            for Defendants
            ECOMMERCE SAAS, LLC; JON
            LAKATOS; and TYLER
            NEUROTH

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CA 92075
(888) 846-8901

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

September 17, 2021                                Global Legal Law Firm

                                        *By:*   */s/ James C. Huber*
                                                James C. Huber, Esq
                                                Attorney for Specially Appearing
                                                Defendants