# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAAZRA MAARANU<br><br>Plaintiff(s),<br><br>v.<br><br>ECOMMERCE SAAS, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:21–cv–01407–DOC–JDE<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:     11/17/2021

Document Number(s):    30

Title of Document(s):    RE Motion to dismiss first amended complaint by Defendants John Lakatos, Tyler Neuroth, Ecommerce SAAS, LLC

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 18, 2021        By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**